jury returns a verdict for the insurance company, it is as unusual as the case of a man biting a dog. In spite of the natural sympathy which every Judge has for a bereaved family, neither the lower Court nor the trial Judge who saw and heard the witnesses felt that the jury's verdict was capricious or unjust. No testimony or facts are given by the majority opinion and I find none to show that the Court below clearly abused its discretion* in refusing to grant a new trial.

For these reasons I would affirm the judgment.

---

* This is the test: See *Wargo v. Pittsburgh Railways Co.*, 376 Pa. 168, 175, 101 A. 2d 638.

## Shimkus *v*. Klimatis, Appellant.

Argued April 12, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

548

*Guy A. Solfanelli,* with him *Gerald G. Dolphin,* for appellant.

*Sidney Grabowski,* with him *Edward Yawars, Jr.,* for appellees.

OPINION PER CURIAM, June 4, 1954:
The judgment in this case is affirmed on the opinion of the learned court below.

Dickey, Appellant, *v.* Philadelphia Minit-Man Corporation.